## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Court Clerk | OFFENSE: Distribution and Possession With Intent to Distribute Heroin (21 USC 841(a)(1)(b)(1) and 2. A Class C Felony. |
| | | ORIGINAL SENTENCE: Fifteen months imprisonment on counts eight and nine to run concurrently, followed by three (3) years supervised release. |
| FROM: | Daveena Singh<br>U.S. Probation Officer | SPEC. CONDITIONS: The defendant shall participate in a program of testing and treatment for alcohol and substance abuse, as directed by the U.S. Probation Office, until such time as the defendant is released from the program by the U.S. Probation Office. Special assessment fee in the amount of $200. |
| | | AUSA: Robyn Jones Hahnert & Kevin W. Kelly<br>DEF. ATTNY.: Patricia Jane Koprucki |
| | | MED: September 29, 2008 |
| RE: | Charmon Kennedy<br>Docket # 2:04CR162(3) | |



**08CRIM 12●**

DATE OF SENTENCE:   June 17, 2005

DATE:   February 11, 2008

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
                VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION __X__

---

### TRANSFER OF JURISDICTION/ ASSIGNMENT OF DISTRICT JUDGE

Reference is made to the above-captioned individual who was sentenced in the Southern District of Ohio (SD/OH), as outlined above.

As per the request of the U.S. Probation Department of the SD/OH, the Honorable Algenon L. Marbley, United States District Judge of the SD/OH agreed to a transfer of jurisdiction to the Southern District of New York (SDNY) and has signed the Probation Form 22 (attach) ordering such. At this time, we are requesting that the case be assigned to a Judge in SDNY for acceptance

**KENNEDY, Charmon**                                                **P47513/Daveena Singh**

-2-

of **TRANSFER OF JURISDICTION.**

Should you have any questions please feel free to contact the undersigned at (212)805-0063.

> Very truly yours,
>
> Chris J. Stanton
> Chief U.S. Probation Officer
>
> *Daveena Singh*
> Daveena Singh
> U.S. Probation Officer